# EXHIBIT A

| IP address | ISP | Date/Time (UTC) | State | City |
|---|---|---|---|---|
| 24.7.175.228 | Comcast Cable Communications | 2011-12-02 07:24:43 | California | Sacramento |