# EXHIBIT B

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 108.0.161.125 | Verizon Online | 2012-02-16 02:59:09 |
| 108.0.190.107 | Verizon Online | 2011-11-18 21:26:21 |
| 108.0.218.138 | Verizon Online | 2011-11-25 23:04:15 |
| 108.0.220.152 | Verizon Online | 2012-01-23 04:55:43 |
| 108.13.3.56 | Verizon Online | 2012-01-23 09:19:38 |
| 108.38.100.222 | Verizon Online | 2011-12-05 18:52:44 |
| 108.43.131.161 | Verizon Online | 2011-11-26 02:14:21 |
| 108.43.139.135 | Verizon Online | 2011-11-19 02:08:01 |
| 108.91.8.90 | AT&T Internet Services | 2011-11-28 18:49:14 |
| 173.51.231.249 | Verizon Online | 2012-01-13 20:00:49 |
| 173.55.152.222 | Verizon Online | 2011-11-30 07:47:11 |
| 173.60.253.222 | Verizon Online | 2011-12-13 20:43:12 |
| 174.65.87.143 | Cox Communications | 2011-12-30 08:36:06 |
| 24.10.13.59 | Comcast Cable Communications | 2011-11-17 21:27:25 |
| 24.182.9.22 | Charter Communications | 2012-01-24 19:08:49 |
| 24.2.35.185 | Comcast Cable Communications | 2012-02-07 03:48:04 |
| 24.5.27.230 | Comcast Cable Communications | 2011-12-26 18:38:51 |
| 24.6.161.148 | Comcast Cable Communications | 2012-02-24 00:01:37 |
| 24.6.49.101 | Comcast Cable Communications | 2011-12-31 10:36:20 |
| 24.7.159.135 | Comcast Cable Communications | 2011-12-03 20:59:14 |
| 24.7.16.187 | Comcast Cable Communications | 2011-12-31 15:13:10 |
| 24.7.76.227 | Comcast Cable Communications | 2011-12-29 01:43:24 |
| 50.0.109.163 | Sonoma Interconnect | 2012-01-14 02:22:38 |
| 64.142.40.26 | Sonoma Interconnect | 2011-12-13 00:10:03 |
| 64.234.32.161 | Northland Cable Television | 2011-11-26 21:47:45 |
| 65.78.149.57 | Roseville Telephone Company | 2011-11-18 09:09:34 |
| 66.215.218.60 | Charter Communications | 2011-11-19 19:03:09 |
| 66.234.209.80 | Wave Broadband | 2011-11-26 19:58:14 |
| 66.27.146.75 | Road Runner | 2011-11-18 01:48:27 |
| 66.27.155.161 | Road Runner | 2011-11-19 10:53:32 |
| 67.164.92.50 | Comcast Cable Communications | 2011-12-07 21:34:38 |
| 67.169.116.79 | Comcast Cable Communications | 2011-12-02 20:59:22 |
| 67.169.44.36 | Comcast Cable Communications | 2012-01-23 00:28:40 |
| 67.174.210.94 | Comcast Cable Communications | 2012-02-15 03:54:17 |
| 67.180.121.38 | Comcast Cable Communications | 2011-11-23 00:10:43 |
| 67.180.170.188 | Comcast Cable Communications | 2012-01-24 04:04:03 |
| 67.182.176.247 | Comcast Cable Communications | 2011-11-22 09:03:40 |
| 67.182.21.216 | Comcast Cable Communications | 2012-03-05 21:38:25 |
| 67.188.1.239 | Comcast Cable Communications | 2011-11-25 20:30:26 |
| 67.21.190.104 | Northland Cable Television | 2012-01-18 04:24:44 |
| 68.101.104.125 | Cox Communications | 2012-03-03 14:44:08 |
| 68.107.112.97 | Cox Communications | 2012-01-27 06:25:53 |
| 68.109.81.153 | Cox Communications | 2011-12-12 04:26:09 |
| 68.189.52.130 | Charter Communications | 2011-12-03 08:01:57 |
| 68.190.231.123 | Charter Communications | 2011-12-22 22:58:41 |
| 68.4.149.153 | Cox Communications | 2012-01-22 11:12:03 |
| 68.4.160.141 | Cox Communications | 2012-01-15 08:47:45 |
| 68.5.14.243 | Cox Communications | 2011-11-19 15:31:43 |

| IP Address | ISP | Date/Time |
|---|---|---|
| 68.5.248.14 | Cox Communications | 2012-01-25 20:57:54 |
| 68.6.225.31 | Cox Communications | 2012-02-14 06:25:14 |
| 68.68.34.185 | Reliablehosting.com | 2011-11-27 16:56:10 |
| 68.7.249.26 | Cox Communications | 2011-11-26 12:34:21 |
| 68.8.221.26 | Cox Communications | 2011-11-21 09:47:47 |
| 70.165.36.98 | Cox Communications | 2011-12-20 22:53:14 |
| 70.166.6.213 | Cox Communications | 2011-12-22 17:41:35 |
| 70.181.248.107 | Cox Communications | 2011-12-01 10:07:26 |
| 71.130.217.53 | AT&T Internet Services | 2011-12-08 01:36:31 |
| 71.132.135.72 | AT&T Internet Services | 2011-12-21 10:11:27 |
| 71.136.12.247 | AT&T Internet Services | 2011-11-18 03:51:00 |
| 71.189.241.173 | Verizon Online | 2012-01-22 19:45:31 |
| 71.204.137.54 | Comcast Cable Communications | 2011-12-31 10:00:10 |
| 71.9.52.38 | Charter Communications | 2012-02-19 00:27:32 |
| 71.9.57.171 | Charter Communications | 2012-01-15 14:19:50 |
| 71.95.203.190 | Charter Communications | 2012-01-20 21:21:29 |
| 72.134.56.103 | Road Runner | 2012-01-11 22:34:02 |
| 72.192.154.137 | Cox Communications | 2012-02-19 14:17:53 |
| 72.207.103.125 | Cox Communications | 2012-01-23 03:42:42 |
| 72.220.93.176 | Cox Communications | 2012-03-03 03:08:30 |
| 74.100.144.156 | Verizon Online | 2012-01-06 21:09:31 |
| 74.100.236.186 | Verizon Online | 2012-01-13 02:27:19 |
| 74.100.251.114 | Verizon Online | 2012-02-17 19:20:56 |
| 75.140.90.16 | Charter Communications | 2011-11-27 08:56:50 |
| 75.4.198.95 | AT&T Internet Services | 2012-02-28 21:02:34 |
| 75.51.146.27 | AT&T Internet Services | 2011-12-16 16:23:31 |
| 75.61.140.142 | AT&T Internet Services | 2011-12-01 13:55:57 |
| 75.61.234.26 | AT&T Internet Services | 2011-12-31 15:47:14 |
| 75.79.142.199 | DSL Extreme | 2011-12-14 16:04:47 |
| 75.84.12.87 | Road Runner | 2011-11-29 11:48:51 |
| 75.84.60.10 | Road Runner | 2011-12-20 09:00:34 |
| 76.103.225.55 | Comcast Cable Communications | 2011-12-08 15:17:46 |
| 76.169.195.38 | Road Runner | 2011-12-11 07:12:34 |
| 76.169.39.29 | Road Runner | 2011-12-16 14:31:43 |
| 76.171.208.11 | Road Runner | 2011-12-13 00:20:53 |
| 76.171.62.245 | Road Runner | 2011-12-11 07:23:03 |
| 76.173.31.240 | Road Runner | 2012-03-08 07:50:27 |
| 76.175.169.234 | Road Runner | 2012-01-12 06:45:22 |
| 76.191.128.161 | Sonoma Interconnect | 2011-12-01 02:59:02 |
| 76.20.113.40 | Comcast Cable Communications | 2012-01-06 16:14:17 |
| 76.20.13.171 | Comcast Cable Communications | 2012-01-11 12:34:28 |
| 76.20.43.117 | Comcast Cable Communications | 2012-01-26 17:24:13 |
| 76.21.104.66 | Comcast Cable Communications | 2011-12-13 10:05:32 |
| 76.21.26.206 | Comcast Cable Communications | 2011-12-09 04:04:29 |
| 76.21.32.76 | Comcast Cable Communications | 2012-02-18 09:57:21 |
| 76.21.69.21 | Comcast Cable Communications | 2012-01-19 13:14:59 |
| 76.212.1.100 | AT&T Internet Services | 2011-12-28 19:17:39 |
| 76.221.170.101 | AT&T Internet Services | 2011-12-29 07:38:21 |
| 76.225.157.218 | AT&T Internet Services | 2012-01-09 18:46:31 |

| IP Address | ISP | Timestamp |
|---|---|---|
| 76.88.46.132 | Road Runner | 2011-12-13 06:30:12 |
| 96.251.37.100 | Verizon Online | 2011-11-20 00:21:14 |
| 96.39.249.241 | Charter Communications | 2011-12-14 09:53:53 |
| 96.41.117.43 | Charter Communications | 2012-01-09 02:10:00 |
| 96.41.54.14 | Charter Communications | 2012-01-14 22:28:49 |
| 98.112.136.184 | Verizon Online | 2011-11-17 21:27:25 |
| 98.155.79.117 | Road Runner | 2011-12-10 02:10:23 |
| 98.171.191.64 | Cox Communications | 2012-01-23 09:19:38 |
| 98.176.105.146 | Cox Communications | 2012-02-22 09:37:12 |
| 98.207.149.169 | Comcast Cable Communications | 2011-12-11 19:31:55 |
| 98.207.206.229 | Comcast Cable Communications | 2011-11-20 11:24:27 |
| 98.208.41.207 | Comcast Cable Communications | 2012-01-02 16:16:44 |
| 98.210.248.42 | Comcast Cable Communications | 2012-01-21 03:25:23 |
| 98.224.103.137 | Comcast Cable Communications | 2011-12-15 16:41:47 |
| 98.238.182.115 | Comcast Cable Communications | 2011-11-17 21:43:50 |
| 98.239.103.95 | Comcast Cable Communications | 2011-12-19 15:36:23 |
| 98.248.40.40 | Comcast Cable Communications | 2011-11-20 03:54:44 |
| 99.55.171.126 | AT&T Internet Services | 2012-01-03 06:28:46 |
| 99.60.142.216 | AT&T Internet Services | 2011-11-24 19:21:11 |
| 99.96.94.14 | AT&T Internet Services | 2011-12-12 22:23:25 |