# *-APPLICATION-*

## Title

**Title of Work:** GH Hustlers - Maryjane's Second Visit

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 12, 2011      **Nation of 1st Publication:** United States

## Author

- **Author:** CP Productions, Inc.

    **Author Created:** entire motion picture

    **Work made for hire:** Yes

    **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CP Productions, Inc.

8410 E. Cholla St., Scottsdale, AZ, United States

## Certification

**Name:** Juan Rodriguez

**Date:** November 30, 2011

**Registration #:**
**Service Request #:** 1-692546895

**Priority:** Routine                **Application Date:** November 30, 2011 03:34:01 PM

Correspondent   ───────────────────────────────────────────────

    **Organization Name:** Prenda Law, Inc.
               **Name:** Paul Duffy
                **Email:** paduffy@wefightpiracy.com
              **Address:** 1111 Lincoln Road, Suite 400
                       Miami Beach, FL 33139 United States

Mail Certificate   ───────────────────────────────────────────────

    Prenda Law, Inc.
    Paul Duffy
    1111 Lincoln Road, Suite 400
    Miami Beach, FL 33139