IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| CP PRODUCTIONS, INC., | ) | No. 2:12-cv-00616-WBS-JFM |
|        Plaintiff, | ) | |
|   v. | ) | ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY |
| JOHN DOE, | ) | |
|        Defendant. | ) | |

ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY

The Court has reviewed the Complaint with attached Exhibits, Plaintiff's *Ex Parte* Application for Leave to Take Expedited Discovery prior to the Rule 26(f) conference and all the papers filed in connection with the motion, and relevant case law. Accordingly, it is hereby IT IS ORDERED that:

    1.    Plaintiff's January 12, 2012 Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference is GRANTED.

    2.    Plaintiff may immediately serve Rule 45 subpeonas on the ISPs listed in Exhibits A and B to the Complaint (Doc. Nos. 1-1, 1-2) to obtain the following information about the subscribers – both John doe and alleged Co-Conspirators – corresponding to the IP addresses listed

therein: the names, addresses, telepohne numbers, email addresses, and media access control information.  Each subpeona shall have a copy of this Order attached.

3. Each ISP will have thirty (30) days from the date a copy of this Order and a copy of the subpeona are served to respond, so that it may have sufficient time to provide notice to the subscribers whose information Plaintiff seeks to obtain.

4. Subscribers shall have thirty (30) days from the date of notice of the subpeona upon them to file any motions in the appropriate court to contest the subpeona.  If the thirty-day period lapses without a contest, the ISPs will have ten (10) days thereafter to produce the information responsive to the subpeona of Plaintiff.

5. The subpeonaed entity shall preserve any subpeonaed information pending the resolution of any timely-filed motion to quash.

6. Any ISP that receives a subpoena pursuant to this Order shall confer with Plaintiff before assessing any charge for the costs of providing the information requested in the subpeona.  Any ISP that elects to charge for the costs of productions shall provide Plaintiff with a billing summary and cost reports.

7. Plaintiff shall serve a copy of this Order along with any subpoenas issued pursuant to this Order to the necessary entities.

8. Any information disclosed to Plaintiff in response to a Rule 45 subpeona may only be used for protecting its rights as set forth in the Complaint.

IT IS SO ORDERED.

DATED: 3/16/2012

_____
UNITED STATES MAGISTRATE JUDGE

/014;cppr0616.disc