J. Curtis Edmondson, CSB# 236105
15490 NW Oak Hills Drive
Beaverton, OR 97006
Phone: 503-701-9719
Fax: 503-214-8470
Email: jcedmondson@edmolaw.com

Attorney for Defendant(s) DOE.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CP PRODUCTIONS, INC., ) | Case No.: 2:12-CV-00616(WBS)(JFM) |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING |
| ) | DEFENDANT'S ADMINISTRATIVE |
| vs. ) | MOTION TO APPEAR BY TELEPHONE |
| ) | |
| JOHN DOE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE**

The Court has reviewed Defendant's request that its attorney be able to appear via telephone at the Court's upcoming Status Report Hearing scheduled for July 5, 2012 at 11:00 a.m. in Courtroom 26. In light of reasonable basis presented by Defendant, the Court GRANTS this motion. Per this Court's Standing Order, counsel will be available during the relevant times at the following phone number: (503) 701-9719. Defendant's counsel will be contacted via email about how to participate in the telephone conference call through the court's telephone conferencing service.

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge