J. Curtis Edmondson, CSB# 236105
15490 NW Oak Hills Drive
Beaverton, OR 97006
Phone: 503-701-9719
Fax: 503-214-8470
Email: jcedmondson@edmolaw.com

Attorney for Defendant(s) DOE.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CP PRODUCTIONS, INC., | ) Case No.: 2:12-CV-00616(WBS)(JFM) |
| Plaintiff, | ) SUPPLEMENTAL DECLARATION OF J. CURTIS EDMONDSON |
| vs. | ) Hon. William B. Shubb |
| UNKNOWN, | ) |
| Defendant. | ) |

**<u>Supplemental Declaration of J. Curtis Edmondson Regarding Representation of Movant</u>**

I, J. Curtis Edmondson, declare this to be true under penalty of perjury, pursuant to 28 U.S.C. 1746 on the date set forth at my signature below:

1. I am an attorney licensed to practice in the State of California and have been admitted to the bar of the Eastern District of California. I am counsel of record in this matter.

2. On May 24th, I called and spoke with Brett L. Gibbs about this case. I asked him if the parties on Exhibit B of the Complaint are considered liable for copyright infringement. He said they were not. Based on the content of this conversation, I believe Mr. Gibbs could have inferred that I represented one of the parties on Exhibit B of the Complaint.

DOE's MOTION TO QUASH OR FOR A PROTECTIVE ORDER
Page 1

3. During a telephonic status conference before this Court, Brett L. Gibbs stated that I was counsel for lead defendant John Doe for this case.

4. During said telephonic status conference, I stated that I used the term "John Doe" in the generic sense and that the client I represent is one of the alleged "co-conspirators" attached to this case.

5. The client I represent for this case is not the primary defendant on this case who is listed on Exhibit A of Plaintiff's Complaint, whose IP address is 24.7.175.228, and is listed as "John Doe" on the Complaint and as "Unknown" on the Eastern District of California's Docket Report for this case.

6. The client I represent for this case is an internet subscriber whose IP address is listed on Exhibit B of Plaintiff's Complaint, whom Plaintiff refers to as a "co-conspirator," and whom I now recognize should properly be referred to as a "movant" in this case.

7. The movant I represent has an interest in this case in that plaintiff has subpoenaed his or her ISP for his or her contact information, including his or her mailing address and telephone number. The movant I represent does not wish to receive threatening demand letters or harassing telephone calls. To this end, I filed a Motion to Quash on his or her behalf on May 24, 2012.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 12th day of May, 2012, at Beaverton, Oregon.

/x/ J. Curtis Edmondson

Declarant

# PROOF OF SERVICE

I hereby certify that on July 12, 2012, a copy of the foregoing was filed by CM/ECF with the Civil Clerk at the Eastern District of California.

The following will receive a copy of the foregoing by electronic copy:

*Supplemental Declaration of J. Curtis Edmondson*

**Brett L. Gibbs, Esq.**
Prenda Law, Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

**Nicholas Richard Ranallo**
Nicholas Ranallo, Attorney at Law
371 Dogwood Way
Boulder Creek, CA 95006
831-703-4011
Fax: 831-533-5073
Email: nick@ranallolawoffice.com
*Attorney for Movants ISP Subscriber (IP Address 96.41.117.43), and ISP Subscriber (IP Address 71.95.203.190)*

Dated: 7/12/2012                    Respectfully Submitted,

                                    _____
                                    J. Curtis Edmondson
                                    Law Offices of J. Curtis Edmondson
                                    15490 NW Oak Hills Drive
                                    Beaverton, OR 97006
                                    (503) 701-9719 ph
                                    (503) 214-8470 fax
                                    Attorney for Defendant DOE